IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 08 C 2241 |
| ) | Judge Joan Lefkow |
| VILLAGE OF HOMEWOOD, ) | Magistrate Judge Brown |
| An Illinois Municipal Corporation ) | |
| ) | |
| ) | |
| ) | |
| Defendants. | |

## MOTION FOR SUBSTITUTION OF ATTORNEYS

DOLAN LAW OFFICES, P.C., moves this Honorable Court for leave to file its Substitution of Attorneys on behalf of the Plaintiff William Wright and Michael J. McGrath & Odelson & Sterk, Ltd., seeks leave to file its withdrawal as counsel for Plaintiff, in support the parties state as follows:

1. Dolan Law Offices, P.C., will be responsible for prosecution of this civil action pending before this Court.

2. Plaintiff, William Wright has approved the substitution.

3. This substitution is not being sought for purposes of delay.

Respectfully Submitted,

By: _____

By: _____

**DOLAN LAW OFFICES, P.C.**
10 South LaSalle Street
Suite 3712
Chicago, Illinois 60603
(312) 676-7600
(312) 849-2030 Facsimile
Firm I.D. 43525

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM WRIGHT,<br><br>          Plaintiff,<br><br>-vs-<br><br>VILLAGE OF HOMEWOOD,<br>An Illinois Municipal Corporation<br><br><br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   No. 08 C 2241<br>)   Judge Joan Lefkow<br>)   Magistrate Judge Brown<br>)<br>)<br>)<br>) |

## SUBSTITUTION OF ATTORNEYS

DOLAN LAW OFFICES, P.C., hereby enters its Appearance on behalf of Plaintiff William Wright.

                                                                       DOLAN LAW OFFICES, P.C.

                                                                       By: _____

Michael J. McGrath & Odelson & Sterk, Ltd., hereby withdraws its Appearance on behalf of the Plaintiff William Wright.

                                                                       By: _____

Dolan Law Offices, P.C.
10 South LaSalle Street
Suite 3712
Chicago, IL 60603
(312) 676-7600
(312) 849-2030 Facsimile
Firm I.D. 43525