**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 08 C 2241 |
| | ) | Judge Joan Lefkow |
| VILLAGE OF HOMEWOOD, | ) | Magistrate Judge Brown |
| An Illinois Municipal Corporation | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

**NOTICE OF MOTION**

To:   Michael J. McGrath, Odelson & Sterk, Evergreen Park, IL 60805

   Please take notice that on the **26th day of August 2008 at 9:30 a.m**. we shall appear before the Honorable Judge Joan Lefkow or whomever maybe sitting in her stead in Room 1925 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and present **Plaintiff's Agreed Motion for Substitution of Attorneys**, a copy of which is attached to this Notice.

/s/ Martin A. Dolan
_____
An Attorney for William Wright

**CERTIFICATE OF SERVICE**

   The undersigned, an attorney, certifies that he served the above mentioned document, referred to herein by sending a copy via e-file and first class mail to the above named attorney at the address indicated above on the 4th day of August, 2008 before the hour of 5:00 p.m.

/s/ Martin A. Dolan
_____

**DOLAN LAW OFFICES, P.C.**
10 South LaSalle Street
Suite 3712
Chicago, IL 60603
(312) 676-7600
ARDC#6281250