# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2241 | **DATE** | 8/5/2008 |
| **CASE TITLE** | Wright vs. Village of Homewood | | |

**DOCKET ENTRY TEXT**

Motion of Dolan Law Offices for substitution of attorneys [8] is granted. Michael J. McGrath is withdrawn as attorney for plaintiff and Dolan Law Offices are substituted as attorneys for plaintiff.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|