AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

William Wright

V.

Village of Homewood

CASE NUMBER: 08 CV 2241

ASSIGNED JUDGE: Judge Lefkow

DESIGNATED MAGISTRATE JUDGE: Judge Brown

TO: (Name and address of Defendant)

Village of Homewood c/o Rich Hofeld, Village President
2020 Chestnut Road
Homewood, Illinois 60430

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Martin A. Dolan
Dolan Law Offices, P.C.
10 S. LaSalle Suite 3712
Chicago, Illinois 60603
312-676-7600

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

J. Cervantes
(By) DEPUTY CLERK

AUG 0 6 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 8-7-08 |
| NAME OF SERVER (PRINT) PAUL SWEARINGEN | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): SERVED ON VILLAGE OF HOMEWOOD IL BY HANDING SUMMONS & COMPLAINT TO ADMINISTRATIVE ASSISTANT TO RICK HOFELD (JAN DINNOCENZO) WHO ACCEPTED SUMMONS & COMPLAINT

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-7-08
  Date

Signature of Server  *Paul Swearingen*

Address of Server
PAUL SWEARINGEN
13745 S. Venetian Ct.
Orland Park, IL 60467-1018

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.