IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 08 C 2241 |
| | ) | Judge Joan Lefkow |
| VILLAGE OF HOMEWOOD, | ) | Magistrate Judge Brown |
| An Illinois Municipal Corporation | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

**PLAINTIFF WILLIAM WRIGHT'S MOTION FOR PROTECTIVE ORDER**

Plaintiff, William Wright, by and through his attorneys, DOLAN LAW OFFICES, P.C., pursuant to Federal Rules of Civil Procedure 26 (b) and (c), respectfully moves this Honorable Court to grant his motion for Protective Order for William Wright's personnel file in any form, and states the following in support :

1.  This matter was filed on April 17, 2008.

2.  Plaintiff William Wright is a Lieutenant in the Homewood fire Department. He has been employed by the Department since 1981.

3.  Defendant is in possession of William Wright's personnel file. Personnel files, disciplinary histories and related information are protected by the Illinois Personnel Records Review Act, 820 ILCS 40/0.01 (West 2008)

4.  Plaintiff moves this court to enter a protective order and preserve William Wright's personnel file and any and all computers and hard drives within the Village of Homewood which contains William Wright's personnel file and which pertain to the employment of William Wright. Plaintiff requests all documents and/or electronic

1

communications, including e-mails, both personal and official, relating to his employment be preserved until the duration of this case.

     5.     Plaintiff William Wright has brought this motion for good cause and not for the purpose of delay, but in order to afford him a fair opportunity to prosecute his case and avoid any spoliation of evidence and/or destruction of any computers which may contain information regarding Plaintiff's employment.

     6.     No prejudice to Defendants will occur if this Court grants William Wright's Motion for Protective Order as the protective order is a reasonable request.

WHEREFORE, Plaintiff, WILLIAM WRIGHT, for the reasons stated above, respectfully requests this Honorable Court to enter an order granting his Motion for Protective Order and order the defendant to preserve the following:

1) William Wright's entire personnel file in paper, electronic or any other format including but not limited to any e-mail correspondence or other correspondence pertaining to William Wright;

2) All documents and electronic communications including e-mails, both personal and/or official e-mails between any of the parties, including any written communication, documents, and/or electronic communications including e-mails, both personal and official, and instant messages;

3) Any and all documents and electronic communications as it relates to William Wright including written notes, memorandums, official orders, e-mail communications between any party and/or any other persons, personnel file, and/or any other form of written or electronic communication.

Respectfully Submitted:

By: /s/ Martin A. Dolan
    One of the Attorneys for Plaintiff
    William Wright

DOLAN LAW OFFICES, P.C.
10 South LaSalle Street
Suite 3712
Chicago, Illinois 60603
(312) 676-7600
ARDC #: 06198500