## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 08 C 2241 |
| | ) | Judge Joan Lefkow |
| VILLAGE OF HOMEWOOD, | ) | Magistrate Judge Brown |
| An Illinois Municipal Corporation | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

## NOTICE OF MOTION

To:   Rich Hofeld, Village of Homewood, 2020 Chestnut Road Homewood, IL 60430

Please take notice that on the **26th day of August 2008 at 9:30 a.m**. we shall appear before the Honorable Judge Joan Lefkow or whomever maybe sitting in her stead in Room 1925 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and present **Plaintiff's Motion for Protective Order**, a copy of which is attached to this Notice.

/s/ Martin A. Dolan
_____
An Attorney for William Wright

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served the above mentioned document, referred to herein by sending a copy via e-file and first class mail to the above named attorney at the address indicated above on the 15th day of August, 2008 before the hour of 5:00 p.m.

/s/ Martin A. Dolan
_____

**DOLAN LAW OFFICES, P.C.**
10 South LaSalle Street
Suite 3712
Chicago, IL 60603
(312) 676-7600
ARDC#6281250