**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL          APPOINTED COUNSEL |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO.: 08 C 2241 |
| | ) | |
| VILLAGE OF HOMEWOOD, | ) | Judge Joan Lefkow |
| An Illinois Municipal Corporation, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I electronically filed an **APPEARANCE,** with the Clerk of the Court using the CM/ECF system which will be electronically transmitted using the CM/ECF system to the following CM/ECF participants:

Martin A. Dolan
Dolan Law Office, P.C.
10 S. LaSalle St., Suite 3712
Chicago, IL  60603
Email:  mdolan@dolanlegal.com


I hereby certify that on August 22, 2008 that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Martin A. Dolan
Dolan Law Office, P.C.
10 S. LaSalle St., Suite 3712
Chicago, IL  60603

                                                 **s/ Rebecca A. Fozo**
                                                 Attorney Bar No.  6276485
                                                 CHILTON YAMBERT & PORTER LLP
                                                 150 South Wacker Drive, Suite 2400
                                                 Chicago, Illinois  60606
                                                 Telephone:  (312) 460-8000
                                                 Facsimile:  (312) 460-8299
                                                 Email:  rfozo@cyp-law.com