**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:



AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:



| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>            s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL            APPOINTED COUNSEL |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM WRIGHT, ) | |
| ) | |
|       Plaintiff, ) | |
| ) | |
| vs. ) | NO.: 08 C 2241 |
| ) | |
| VILLAGE OF HOMEWOOD, ) | Judge Joan Lefkow |
| An Illinois Municipal Corporation, ) | Magistrate Judge Brown |
| ) | |
|       Defendants. ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 22, 2008, I electronically filed an **APPEARANCE,** with the Clerk of the Court using the CM/ECF system which will be electronically transmitted using the CM/ECF system to the following CM/ECF participants:

Martin A. Dolan
Dolan Law Office, P.C.
10 S. LaSalle St., Suite 3712
Chicago, IL  60603
Email:  mdolan@dolanlegal.com

    I hereby certify that on August 22, 2008 that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Martin A. Dolan
Dolan Law Office, P.C.
10 S. LaSalle St., Suite 3712
Chicago, IL  60603

                              **s/ Kenneth T. Garvey**
                              Attorney Bar No.  0920827
                              CHILTON YAMBERT & PORTER LLP
                              150 South Wacker Drive, Suite 2400
                              Chicago, Illinois  60606
                              Telephone:  (312) 460-8000
                              Facsimile:  (312) 460-8299
                              Email:  kgarvey@cyp-law.com