IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **WILLIAM WRIGHT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | NO.: 08 C 2241 |
| | ) | |
| **VILLAGE OF HOMEWOOD,** | ) | Judge Joan Lefkow |
| **An Illinois Municipal Corporation,** | ) | Magistrate Judge Brown |
| | ) | |
| **Defendants.** | ) | |

### *<u>JURY DEMAND</u>

NOW COMES Defendant, VILLAGE OF HOMEWOOD, an Illinois Municipal Corporation, and hereby demands a trial by jury.

<u>s/ Kenneth T. Garvey</u>
Attorney Bar No. 0920827
CHILTON YAMBERT & PORTER LLP
150 South Wacker Drive, Suite 2400
Chicago, Illinois  60606
Telephone:  (312) 460-8000
Facsimile:  (312) 460-8299
E-Mail:  kgarvey@cyp-law.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO.: 08 C 2241 |
| | ) | |
| VILLAGE OF HOMEWOOD, | ) | Judge Joan Lefkow |
| An Illinois Municipal Corporation, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2008, I electronically filed Defendant's **JURY DEMAND,** with the Clerk of the Court using the CM/ECF system which will be electronically transmitted using the CM/ECF system to the following CM/ECF participants:

Martin A. Dolan
Dolan Law Office, P.C.
10 S. LaSalle St., Suite 3712
Chicago, IL  60603
Email:  mdolan@dolanlegal.com

I hereby certify that on August 22, 2008 that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Martin A. Dolan
Dolan Law Office, P.C.
10 S. LaSalle St., Suite 3712
Chicago, IL  60603

                                                **s/ Kenneth T. Garvey**
                                                Attorney Bar No.  0920827
                                                CHILTON YAMBERT & PORTER LLP
                                                150 South Wacker Drive, Suite 2400
                                                Chicago, Illinois  60606
                                                Telephone:  (312) 460-8000
                                                Facsimile:  (312) 460-8299
                                                Email:  kgarvey@cyp-law.com