# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2241 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Wright vs. Village of Homewood | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Plaintiff's motion for protective order [14] is granted as to the three items listed in the motion.  Defendant's oral motion to answer or otherwise plead by 9/8/2008 is granted.  Parties are to submit a proposed scheduling order to chambers by 9/24/2008.  Status hearing of 8/28/2008 is stricken and reset to 9/25/2008 at 9:30 a.m.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | MD |
|---|---|---|